PROB 12C
(6/16)

Report Date:  March 3, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 03, 2026

SEAN F. MCAVOY, CLERK
ECF No. 4

Name of Offender: Nika Eloisa Salazar          Case Number: 0980 4:24CR06013-MKD-1

Address of Offender: ██████████████████ Kennewick, WA 99337

Name of Sentencing Judicial Officer:  The Honorable Clark Waddoups, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 7, 2021

Original Offense:          Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846

Original Sentence:        Prison - 64 months;          Type of Supervision: Supervised Release
                          TSR - 48 months

Asst. U.S. Attorney:      TBD                          Date Supervision Commenced: August 18, 2023

Defense Attorney:         TBD                          Date Supervision Expires: August 17, 2027

---

### PETITIONING THE COURT

To issue a **warrant**.

On August 21, 2023, a U.S. probation officer reviewed all the conditions of supervised release with Ms. Salazar. She signed a copy of her conditions and was given a copy.

A transfer of jurisdiction from the District of Utah to the Eastern District of Washington, was completed on May 14, 2024.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (ie., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |

**Supporting Evidence**: Nika Salazar is considered in violation of her term of supervised release by being in possession of a firearm and ammunition, on or about March 3, 2026.

On March 3, 2026, law enforcement agents completed a search of Ms. Salazar's residence, 2216 South Rainier Street, Unit D, in Kennewick, Washington. During this search, agents found a loaded .357 revolver on the floor, in plain view, inside the defendant's shared bedroom with her boyfriend, Eliodoro Tapia. Additional ammunition was also located in this same bedroom.

Prob12C
**Re: Salazar, Nika Eloisa**
**March 3, 2026**
**Page 2**

2          **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**:  Nika Salazar is considered in violation of her term of supervised release by being in possession of methamphetamine, on or about March 3, 2026.

On March 3, 2026, as noted in the above alleged violation, law enforcement agents completed a search of Ms. Salazar's residence. Agents found a user quantity amount of methamphetamine inside a clear bag inside a bathroom.

3          **Standard Condition # 8**: The defendant must not communicate or interact with someone you know is engaged in criminal activity. If the defendant  knows someone has been convicted of a felony, they must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Ms. Salazar is considered to be in violation of her term of supervised release by having contact with a convicted felon, Amador Mendoza-Sanchez, without advance permission of the probation officer on or before February 18, 2026.

On February 18, 2026, a Drug Enforcement Administration (DEA) agent notified a U.S. probation officer that throughout the course of an active investigation, it was learned that Mr. Mendoza-Sanchez frequented Ms. Salazar's  residence.

Ms. Salazar did not have advance permission to have contact with Mr. Mendoza-Sanchez, who is a convicted felon and on active supervised release.

4          **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

**Supporting Evidence**: Ms. Salazar is considered to be in violation of her conditions of supervised release by having used a controlled substance, methamphetamine, since on or about March 2, 2026.

On March 3, 2026, as noted in alleged violation #1, law enforcement agents completed a search of Ms. Salazar's residence. She was detained and while in the U.S. Marshals' holding cell, a probation officer attempted to obtain a urine sample from Ms. Salazar. She readily admitted she last consumed methamphetamine on March 2, 2026, and stated she has been using methamphetamine on almost a daily basis for some time. In lieu of a urine sample, Ms. Salazar signed a drug use admission form, indicating she used methamphetamine on March 2, 2026. She denied using any other controlled substances and stated methamphetamine is her drug of choice.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegations contained in this petition.

**Prob12C**
**Re: Salazar, Nika Eloisa**
**March 3, 2026**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 3, 2026

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

M. K. Dimke

Signature of Judicial Officer

March 3, 2026

Date