PROB 12C
(6/16)

Report Date:  March 26, 2026

## United States District Court

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

ECF No. 26

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nika Eloisa Salazar          Case Number: 0980 4:24CR06013-MKD-1

Address of Offender: ███████████████████ Kennewick, WA 99337

Name of Sentencing Judicial Officer:  The Honorable Clark Waddoups, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 7, 2021

Original Offense:        Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846

Original Sentence:      Prison - 64 months          Type of Supervision: Supervised Release
                        TSR - 48 months

Asst. U.S. Attorney:    Brandon Lloyd Pang          Date Supervision Commenced: August 18, 2023

Defense Attorney:       Ricardo Hernandez          Date Supervision Expires: August 17, 2027

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 3, 2026.

On August 21, 2023, a U.S. probation officer reviewed all the conditions of supervised release with Ms. Salazar. She signed a copy of her conditions and was given a copy.

A transfer of jurisdiction from the District of Utah to the Eastern District of Washington was completed on May 14, 2024.

The probation officer believes that Ms. Salazar has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: The defendant must not commit another federal, state, or local crime. |

**Supporting Evidence**: Ms. Salazar is considered to be in violation of her conditions of supervised release by having been charged with a new federal drug distribution crime, on or about March 18, 2026.

On March 18, 2026, Ms. Salazar was formally indicted on count 1, for the charge of Conspiracy to Distribute 400 Grams or More of Fentanyl and 500 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, in U.S. District Court, Eastern District of Washington, case number 4:26CR06013-MKD-4. The general basis for this charge is conduct related to the violations previously reported to the Court.

Prob12C
**Re: Salazar, Nika Eloisa**
**March 26, 2026**
**Page 2**

6     **Mandatory Condition #1**: The defendant must not commit another federal, state, or local crime.

**Supporting Evidence**: Ms. Salazar is considered to be in violation of her conditions of supervised release by having been charged with a new federal firearms crime, on or about March 18, 2026.

On March 18, 2026, Ms. Salazar was formally indicted on count 6, for the charge of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), in U.S. District Court, Eastern District of Washington, case number 4:26CR06013-MKD-4. The general basis for this charge is conduct related to the violations previously reported to the Court.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 26, 2026

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

THE COURT ORDERS
[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Rebecca L. Pennell, US District Judge

March 26, 2026
Date